IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL REYES,<br><br>      Plaintiff,<br><br> v.<br><br>A. MEYER,<br><br>      Defendant. | No. C 13-0980 RMW(PR)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docket No. 27) |

Plaintiff, a state prisoner proceeding pro se, filed a civil complaint in the Superior Court of Monterey County. On March 4, 2013, defendant Meyer filed a notice of removal. Defendant has filed a motion for summary judgment. (Docket No. 24.) Plaintiff has filed a motion requesting appointment of counsel. (Docket No. 27.)

Plaintiff's motion for appointment of counsel is **DENIED** without prejudice for lack of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).

This order terminates Docket No. 27.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Appointment of Counsel
G:\PRO-SE\RMW\CR.13\Reyes980denyatty.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL REYES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A MEYER et al,<br><br>　　　　　Defendant.<br>_____ / | Case Number: CV13-00980 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abel Reyes P-55763
3B05-134 Low
CA State Prison-Corcoran
4001 King Avenue
Post Office Box 3466
Corcoran, CA 93212-3466

Dated: November 27, 2013

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk