|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   | IN THE UNITED STATES DISTRICT COURT |
| 9   | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 10  |     |

| | |
|---|---|
| **ABEL REYES,** | C 13-980 RMW |
| Plaintiff, | **[] ORDER GRANTING DEFENDANT'S MOTION FOR AN ELEVEN-DAY EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF DEFENDANT'S SUMMARY-JUDGMENT MOTION** |
| v. | |
| **A. MEYER,** | |
| Defendant. | |

Defendant Meyer has brought a motion for an eleven-day extension of time to file a reply brief in support of Defendant's summary-judgment motion. Having reviewed the motion papers submitted in support and opposition, and good cause appearing, Defendant's motion is **GRANTED**. Defendant Meyer shall file a reply brief on or before January 7, 2014.

**IT IS SO ORDERED.**

Dated: _____

_Ronald M. Whyte_
The Honorable Ronald M. Whyte

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL REYES,<br><br>             Plaintiff,<br><br>   v.<br><br>A MEYER et al,<br><br>             Defendant. | Case Number: CV13-00980 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abel Reyes P-55763
3B05-134 Low
CA State Prison-Corcoran
4001 King Avenue
Post Office Box 3466
Corcoran, CA 93212-3466

Dated: February 3, 2014

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk