UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ABEL REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MEYER,<br><br>　　　　　Defendant.<br>_____/ | No. 5:13-CV-00980 RMW  (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ABEL REYES, inmate no. P-55763, presently in custody at the California State Prison, Corcoran, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:　　Warden, California State Prison, Corcoran

GREETINGS

WE COMMAND that you have and produce the body of Abel Reyes, inmate no. P-55763, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 a.m. on March 26, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of REYES v. MEYER, and at the termination of said

hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  February 20, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated:  February 20, 2015



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ABEL REYES, | No. 5:13-CV-0980 RMW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. MEYER, | |
| Defendant. | |

I, the undersigned, hereby certify that on February 20, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Abel Reyes
P-55763
California State Prison - Corcoran
4001 King Avenue
PO Box 3466
Corcoran, CA 93212

Litigation Coordinator
CSP, Corcoran
PO Box 8800
Corcoran, CA  93212-8800

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3