1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    ABEL REYES,                          Case No.  13-cv-00980-RMW   (NJV)
                   Plaintiff,
8
9         v.                              **REPORT OF PRO SE PRISONER
                                          EARLY SETTLEMENT PROCEEDING**
10   A. MEYER,
                   Defendant.
11
12
13        A settlement conference was held on March 26, 2015 at Solano State Prison, and the
14   results of that proceeding are indicated below:
15        (1)  The following individuals, parties, and/or representatives participated in the
16            proceeding, and each possessed the requisite settlement authority:
17            (X )  Plaintiff, Abe Reyes
18            ( )  Warden or warden's representative
19            (X )  Office of the California Attorney General, Giam M. Nguyen
20            ( X)  Other: Christine Johansen for California Department of Corrections and
21   Rehabilitation.
22        (2) The following individuals, parties, and/or representatives did not appear:
23        _____
24        (3)  The outcome of the proceeding was:
25            ( X )  The case has been completely settled.  A status conference is scheduled for April
26   28, 2015 at 1:00 pm.  Parties should dial 888.684.8852 and enter access code 1868782 to make
27   their appearances.  Defense counsel shall arrange for Plaintiff's telephonic appearance.
28            ( )  The case has been partially resolved and counsel for defendants shall file a joint

United States District Court
Northern District of California

1    stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

2    attached remain for this Court to resolve.

3            (  )  The parties are unable to reach an agreement at this time.

4        **IT IS SO ORDERED.**

5    Dated: March 26, 2015

6        _____

7        NANDOR J. VADAS
         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California