IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL REYES, | No. C 13-0980 RMW (PR) |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| A. MEYER, | |
| Defendant. | |

This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On March 26, 2015, the parties appeared before Magistrate Judge Vadas for a settlement conference. The court has been notified that the case has completely settled. Accordingly, this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Dismissing Action
P:\PRO-SE\RMW\CR.13\Reyes980settled.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ABEL REYES,

         Plaintiff,

  v.

A MEYER et al,

         Defendant.

Case Number: CV13-00980 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abel Reyes P-55763
California State Prison - Corcoran
4001 King Avenue
PO Box 3466
Corcoran, CA 93212

Dated: May 29, 2015

         Richard W. Wieking, Clerk
         By: Jackie Lynn Garcia, Deputy Clerk